## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**COBY D. ROBINSON**                                                                    **PLAINTIFF**

**v.**                                              **4:11-CV-00784-BRW**

**UNITED PARCEL SERVICE, INC.**                                            **DEFENDANT**

### ORDER

Pending is Defendant's Motion to Compel (Doc. No. 8).  No response has been filed, and the

time for doing so has passed.[1]  According to its Motion, Defendant served Plaintiff with its initial

disclosures and its first set of interrogatories and requests for production on February 6, 2012 -- as

agreed upon by the parties in their Rule 26(f) conference and report.  Defendant has yet to receive

Plaintiff's initial disclosures or any discovery responses.  Defendant contacted Plaintiff 24 different

times about the initial disclosures and discovery; each contact is described in Defendant's Motion.

But to no avail.

I note that the discovery deadline in this case is August 21, 2012, and that the dispositive

motion deadline is September 5, 2012.[2]  Trial is set for November 19, 2012.[3]

After its failed efforts to receive initial disclosures and discovery from Plaintiff, Defendant

filed its Motion.  The Motion is GRANTED.  Plaintiff is directed to provide Defendant with its initial

disclosures, as well as responses to Defendant's discovery requests, by 5:00 p.m., Wednesday, July

18, 2012.

IT IS SO ORDERED this 17th day of July, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1]Any response was due by June 16, 2012.

[2]Doc. No. 7.

[3]*Id*.