**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**COBY D. ROBINSON**                                                 **PLAINTIFF**

**VS.**                                    **CASE NO. 4:11V00784 BRW**

**UNITED PARCEL SERVICE, INC.**                               **DEFENDANT**

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Court Judge Billy Roy Wilson.  Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.   Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District
        Judge  (if such a  hearing is granted)  was not  offered at  the

hearing before the Magistrate Judge.

3.      The detail of any testimony desired to be introduced at the
hearing before the District Judge in the form of an offer of
proof,  and a copy,  or the original,  of any documentary or
other non-testimonial evidence desired to be introduced at
the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary

hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## DISPOSITION

By Order dated August 21, 2012, United States District Judge Billy Roy Wilson referred to

the undersigned for recommendation the following motions: (1) United Parcel Service, Inc.'s (UPS')

motion to dismiss; and (2) plaintiff's motion for leave to amend, for jury trial, for new scheduling

order, and for plaintiff to obtain new counsel.

It is clear that the plaintiff's lawyer has failed to respond to repeated requests from the

defendant, and that his reasons for failing to respond have been varied.  UPS seeks dismissal on this

basis.  Under the circumstances, and at this time, we find that dismissal of the case would be too

harsh a sanction.  Therefore, we recommend the motion to dismiss be denied.

The plaintiff has four requests in his motion filed on August 17, 2012.  We recommend that

the plaintiff be granted thirty (30) days in which to obtain new counsel.  Current counsel for the

plaintiff is not relieved until new counsel can be substituted in his stead.  We further recommend that

the motion for leave to file an amended complaint, for jury trial, and for new scheduling order be

denied without prejudice to new counsel renewing such motions if he or she sees fit to do so.

      IT IS SO ORDERED this __4__ day of September, 2012.

 

 

_____
UNITED STATES MAGISTRATE JUDGE