IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**COBY D. ROBINSON**                                                                                      **PLAINTIFF**

**VS.**                                   **4:11-CV-00784-BRW**

**UNITED PARCEL SERVICE, INC.**                                                        **DEFENDANT**

**ORDER**

I have received the proposed Findings and Recommendations from Magistrate Judge H. David Young.  No objections have been filed.  After careful review, I conclude that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 24th day of September, 2012.

/s/BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE