IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**COBY D. ROBINSON**                                                                 **PLAINTIFF**

VS.                                          **4:11-CV-00784-BRW**

**UNITED PARCEL SERVICE, INC.,** *et al.*                                              **DEFENDANT**

### ORDER

The parties' Joint Stipulation for Dismissal (Doc. No. 49) is GRANTED.

Accordingly, this case is DISMISSED with prejudice. Each party will bear its own fees and costs.

The Court retains jurisdiction to enforce the terms of the parties' agreement, and, if necessary, vacate this order and reopen this action for good cause shown.

IT IS SO ORDERED this 25th day of July, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE